No. 9323. STATE ex rel. THEODORE BAUER alias THEODORE GAGLIANO, Relator, v. FRED WHITE, Jr., Sheriff of Park County, et al., Respondents.

253 Pac. (2d) 1169.

Decided July 17, 1953.

*Relator* pro se.

Per Curiam.

Let a writ of habeas corpus issue as prayed for in relator's petition therefor, the writ to be returnable before the district court of the eighteenth judicial district of the State of Montana, in and for the County of Gallatin, and the Honorable W. W. Lessley, presiding judge of said court, at its courtroom in Bozeman, Montana, at 10:00 o'clock a. m., on Monday, July 20, 1953.